UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Martin Gray                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-   (   ) (   )

Defendant __Martin Gray_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__    Bail/Detention Hearing

____    Conference Before a Judicial Officer

_Martin Gray by Christopher Flood_          _/s/ Christopher Flood_
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Martin Gray                                Christopher Flood
Print Defendant's Name                     Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

4.16.2021
Date

                                  **Ona T. Wang**
                                  United States Magistrate Judge